UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANDRE L. SHEFFIELD,

    Plaintiff,

v.                              Case No. 5:24-cv-281-TKW-MJF

MICHAEL BROWN, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as malicious because Plaintiff abused the judicial process in failing to disclose his litigation history completely and honestly. *See Burrell v. Warden*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury, as such a complaint is an abuse of the judicial process.").

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A(b), as malicious for Plaintiff's abuse of the judicial process.

3. The Clerk shall enter judgment in accordance with this Order and close this case.

**DONE AND ORDERED** this 19th day of May, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**